ORIGINAL



FILED

11/21/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 23-0536

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 23-0536

_____

IN THE MATTER OF MARIBETH M. HANSON,

An Attorney at Law,

Respondent

FILED

NOV 2 1 2023

Bowen Greenwood
Clerk of Supreme Court.
State of Montana

ORDER

On September 18, 2023, the Office of Disciplinary Counsel (ODC) filed a Petition for Reciprocal Discipline of Montana attorney Maribeth M. Hanson, pursuant to Rule 27A of the Montana Rules for Lawyer Disciplinary Enforcement (MRLDE). ODC provided the Court with a certified copy of an April 17, 2023 Disbarment Order of the Supreme Court of the State of Washington, affirming a disciplinary order disbarring Hanson from the practice of law in Washington.

Pursuant to MRLDE 27B, we granted Hanson until October 20, 2023, in which to advise this Court of any claim predicated upon the grounds set forth in MRLDE 27D as to why discipline identical to that imposed in Washington should not also be imposed in Montana. Hanson did not file a response within the time allowed.

We have now reviewed this matter and we conclude there is no basis for exception from the general rule of imposition of identical discipline. We further note that Hanson is currently suspended from the practice of law, and as such, we need not delay the effective date of disbarment as Hanson would have no clients or co-counsel in any pending matters in Montana.

IT IS THEREFORE ORDERED that Maribeth M. Hanson is disbarred from the practice of law in Montana, effective from the date of this Order.

IT IS FURTHER ORDERED that Hanson shall pay the costs of these proceedings, subject to the provisions of MRLDE 9C(4)(a) allowing her to file objections to the statement of costs.

The Clerk of this Court is directed to serve a copy of this Order of Discipline upon Maribeth Hanson, and to provide copies to Disciplinary Counsel; the Office Administrator

for the Commission on Practice; the Clerks of all the District Courts of the State of Montana; each District Judge in the State of Montana; the Clerk of the Federal District Court for the District of Montana; the Clerk of the Circuit Court of Appeals of the Ninth Circuit; and the Executive Director of the State Bar of Montana.

DATED this ___21st___ day of November, 2023.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices